# COMPLAINT.

Plaintiff   Chosen One Ja'mimani, pro se 1/27/12

    109 East Canton ST   APt 14

    Boston mass 02118

FILED
IN CLERKS OFFICE

2012 FEB -1  P 4: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

Defendant  Robert Diener  Bridgewater State
Hospital  20 Administration RD  Bridgewater MA
02324

Defendant  Duvall Patrick  MASS State House
                Boston massachusetts

Defendant. Thomas Menino  City Hall
                Boston massachusetts

Defendant  Barak H. Obama   White House
                Washington D.C.

All other defendants to be added as names
become known.

Chosen One Jamimani
Vs
Common Wealth of Mass.

(1)

The above plaintiff (partitioner) has been persecuted for his religious beliefs. The Above named defendants chose to ignore his pain + suffering thus becomming derishec in thier durys As officers of the Common Wealth And the U.S. Constitution, The petitioner has been denied housing, Employment, Liberty Due to unholy members of the Commonwealth bringing UNTRUE Allegations into Court from 1972-2012 And Defaming his character AS THE (Holy Minister) which resulted in beatings, Torture, with malice and forethought (in plain view) Causing Pain + Suffering of the worst Kind, To be visited upon him. THE Complaint Shall bear Witness.

The plaintiff seeks 39 Trillion dallors or Juey Award compensation for two murder incarcerations multiple felony incarcerations, MBTA Trolly Accident that caused skin graft damage in which surgery and Another skin graft was done to repair damage. Violations of his Civil rights under color of Law causing him undue pain + Suffering. That such monetary Award compensation be paid in Time Allotments until he is paid in full.

Respectfully Submitted
Chosen One Jamimani pro se 1/27/12

AFFIDAVIT

(1) I Am Chosen One Ja'mima'ni who came furth before the whole wide world was made. I Am the UIELORD GOD + SAVIOR, ALLAH, JEHOVAH, YEWAHUIEL The MESSIAH for the LORD Of HOSTSPIRITS "GLORIOUS ONE". I am Author of The four glorious books, (1) Book of the chosen one, (2) Book of Life, (3) Book of Goddessyewahuiel (4) Book of ETERNITYewahuiel. These Books were hand delivered To Senator John Kerrys office dueing (2005) Two thousand five ( T ℰ om Δ § ▯ 7 5500 ☉ + 1 3 + 14 = 9 ∞ ) This is the flag of the Chosen one Jamimani of the I CTITE Throne. This is the Seal → ( 13 + 14 = 900 ) this is the Label

(2) I Am LORD GOD Of the Church of the Chosen One. AND LORD GOD OF the UNINITED STATES OF ALLAH, JEHOVAH YEWAHUIEL BRANCH Church's of The Chosen One. These Church's were registered with the I.R.S. IN 2004, Two thousand foure.

(3) These are the Staff of The Chosen One Ja'mimani MESSIAH foR THE LORD of HOSTSPIRITS "GLORIOUS ONE" HOly Gabriel - Power of ATTORNEYewahuiel, Chief of The Angels, IN charge of the powers, IN charge of The reptillians. Holy Michael + Secretary - Holy Angel To Keep ICTITE Throne strong, Holy Raphael + Holy Angel Bodyewahuiel GAUED. Holy URIEL - TREASURER IN Charge of the Store Houses. Holy Phanuiel + Keeper of flame

(4) I attest all is True in this complaint
and affidavit under the pains + penaltys of
perjury and sign this 27th day of January
1st month in the 2012 year (12th Goddessyewarind

Respectfully, Submitted
Chosen One Jamimané, pro'se 1/27/12